UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOETTE BOONE, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC., et al.,<br><br>　　　　Defendants. | Case No:  C 11-5144 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT the parties' joint request to vacate the Case Management Conference (CMC) currently scheduled for February 2, 2012 due to the pending transfer of the action to the MDL is GRANTED. The CMC is CONTINUED to <u>April 5, 2012 at 3:00 p.m.</u>  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiffs shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiffs' counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　　IT IS SO ORDERED.

Dated:  February 2, 2012

　　　　　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge